IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KEN ROBERTS,

    Petitioner,

v.                                   Civil Action No. 3:16CV179

LORETTA E. LYNCH, et al.,

    Respondents.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation is accepted and adopted;

2. The Motion to Dismiss (ECF No. 9) is granted;

3. Roberts's § 2241 Petition (ECF No. 1) is dismissed as moot; and,

4. The action is dismissed.

Should Roberts desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send the Final Order to Roberts and counsel of record.

It is so ORDERED.

                                        /s/ REP
                                  Robert E. Payne

Richmond, Virginia              Senior United States District Judge
Date: November 9, 2016